UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RACHEL MCCLURE,<br><br>　　　　　　　　　Defendant. | Case No.: 3:18-CR-04540-CAB<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES'S MOTION AND DISMISSING THE ACTION** |

Pursuant to Federal Rule of Criminal Procedure 48(a), the Court grants the Government's motion to dismiss, Therefore, it is the Judgment of the Court that the Information on file in this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:　2/22/19

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. CATHY ANN BENCIVENGO
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE